UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JOEL LASSITER, | Case No. 4:25-cv-1683 |
| Plaintiff, | Judge J. Philip Calabrese |
| v. | Magistrate Judge Jennifer Dowdell Armstrong |
| STATE OF OHIO, | |
| Defendant. | |

**OPINION AND ORDER**

The Court has now considered the case of Plaintiff Joel Lassiter two times. First, when it dismissed his lawsuit against the State of Ohio, and again when he sought reconsideration. Plaintiff again seeks reconsideration. Upon review of Mr. Lassiter's motion, it presents no arguments, facts, or developments that justify a different conclusion—either in dismissing his lawsuit or on reconsideration. Therefore, the Court **DENIES** this motion for reconsideration. The Court advises Plaintiff that if he persists in making frivolous filings, the Court will restrict his ability to file papers in the Northern District of Ohio.

**SO ORDERED.**

Dated: November 18, 2025

J. Philip Calabrese
United States District Judge
Northern District of Ohio